UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-24117-CIV-LOUIS

ROBERTO DIAZ ACOSTA and all others
similarly situated under 29 U.S.C. § 216(b),

    Plaintiff,

v.

A.P.E.S. ROACH BUSTERS BUG KILLERS
OF AMERICA, INC., and JUAN LOPEZ,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** came before the Court on Plaintiff's Motion for an Order to Show Cause (ECF No. 98). Plaintiff's Motion asks this Court to hold Defendants Juan Lopez and A.P.E.S. Roach Busters Bug Killers of America, Inc., in contempt of Court for their failure to comply with the Court's Order (ECF No. 93) granting Plaintiff's Motion to Compel Fact Information Sheet (ECF No. 90). The Court entered an Order (ECF No. 107) setting a hearing on Plaintiff's Motion for an Order to Show Cause for May 1, 2019, and further ordering Defendant Juan Lopez to appear in person and for Corporate Defendant A.P.E.S. Roach Busters Bug Killers of America, Inc. to obtain counsel and also appear at the hearing.

The hearing was held on the Motion on May 1, 2019, at which neither Mr. Lopez nor counsel for the Corporate Defendant was present for. Having considered the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is **ORDERED AND ADJUDGED** as follows:

(1)     Plaintiff's Motion for an Order to Show Cause (ECF No. 98) is **GRANTED**.

(2)     Defendant Juan Lopez shall appear in Court on **June 5, 2019**, at **8:30 AM** to show cause why sanctions should not be entered. If Mr. Lopez fails to appear at the hearing on June 5, 2019, the Court will issue an order of arrest. The hearing shall take place before the undersigned United States Magistrate Judge, the Honorable Lauren Fleischer Louis, at **the United States Courthouse, Clyde Atkins Bldg., 11th Floor, 301 North Miami Avenue, Miami, FL, 33128**.

(3)     Corporate Defendant A.P.E.S. Roach Busters Bug Killers of America, Inc. shall obtain counsel by no later than **May 28, 2019**, as a corporation cannot appear *pro se* and must be represented by counsel. *See Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385-86 (11th Cir. 1985); *National Independent Theater Exhibitors, Inc. v. Buena Vista Distribution Co.*, 748 F.2d 602, 609 (11th Cir. 1985); *see also Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201-02 (1993) ("[I]t has been the law for the better part of two centuries...that a corporation may appear in the federal courts only through licensed counsel."). Appearance of the Corporate Defendant through counsel is also required at the Hearing on June 5, 2019.

(4)     Plaintiff shall serve a copy of this Order on Mr. Juan Lopez and file a Notice of Satisfaction of Service with the Court by no later than **May 21, 2019**. Personal service on Mr. Lopez is required; substitute service for this Order will not suffice.

**DONE AND ORDERED** in Chambers at Miami, Florida this 7th day of May, 2019.

_____
LAUREN FLEISCHER LOUIS
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Juan Lopez
5 Alcantarra Avenue
Coral Gables, FL 33134